UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LENEX, | No.  1:25-cv-01275-EPG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 14) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Jamie Lenex ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of six hundred and seventy-two dollars and no cents ($672.00). This represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action to date, in accordance with 28 U.S.C. §2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the

1

Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel by electronic transfer or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: February 4, 2026                    NEWEL LAW

By:   *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
JAMIE LENEX

Dated: February 4, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By:   Oscar Gonzalez de LLano*
OSCAR GONZALEZ DE LLANO
(*Authorized by email dated 02/03/2026*)
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

2

**ORDER**

Pursuant to the parties' stipulation (ECF No. 14), IT IS ORDERED that, under the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **six hundred and seventy-two dollars and no cents ($672.00)** are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:    **February 5, 2026**                    /s/ _Erica P. Grosjean_
                                                                UNITED STATES MAGISTRATE JUDGE

3